ET/4265
**POWELL, BIRCHMEIER & POWELL**
COUNSELLORS AT LAW
1891 STATE HIGHWAY 50
P. O. BOX 582
TUCKAHOE, NEW JERSEY 08250
(609) 628-3414
Attorney for Defendants The Township of Dennis and Robert Milcarck
11,477E/cm

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| Plaintiff(s)<br>FLETCHER MACK, Attorney in Fact for Jack Lee Colins, JACK LEE COLINS<br><br>vs.<br><br>Defendant(s)<br>THE TOWNSHIP OF DENNIS, individually, THOMAS V. WHELAM, ROBERT MILCARCK, RAYMOND BOZARTH, RAY'S AUTO SALVAGE, J/S/A | CIVIL ACTION NO.<br>08-0537<br><br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |
|---|---|

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs with prejudice.

Dated: DECEMBER 23, 2009

CASTELLANI LAW FIRM

By: _____
    David R. Castellani
    Attorney for Plaintiffs

POWELL, BIRCHMEIER & POWELL

By: _____
    Erin R. Thompson
    Attorneys for Defendants,
    The Township of Dennis
         and Robert Milcarck